# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES ROLAND.<br><br>Defendant. | 5:24-CR-00031-MEO |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Joshua James Roland ("Mr. Roland") by and through his counsel of record, Carson Smith, Assistant Federal Public Defender, and Mary Ellen Coleman, Assistant Federal Public Defender, respectfully requests that this Court continue the sentencing hearing currently scheduled for January 29, 2026. As grounds therefore, it is averred:

1. On May 29, 2025, Mr. Roland pled guilty to one count of distribution of child pornography under 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

2. On August 6, 2025, Mr. Roland's final presentence report was filed.

3. Mr. Roland's mother, Patricia Greer, intends to be present for her son's sentencing hearing. Mr. Roland is facing a substantial sentence of incarceration. She is the only person Mr. Roland will have in the courtroom to provide support.

4. Ms. Greer lives in Jefferson, North Carolina, a town located in the Blue Ridge Mountains. Her house is located on the side of a mountain slope. As described in his Sentencing Memorandum, the road to her house is gravel and full of large divots and depressions.

5. Jefferson, North Carolina, is in a state of emergency due to the winter storm that

1

began on January 24, 2026. Ice and snow have covered the roads throughout Ashe County. An extreme cold warning is in place as the wind chill is expected to drop as low as -20 degrees. Temperatures are not expected to rise above freezing until the week of February 2, 2026.

6. Ms. Greer has informed defense counsel that she has no ability to get her car out of her driveway or down the road. Additionally, she does not have four-wheel drive which makes driving on the mountain extremely dangerous.

7. Given the inclement weather which makes Ms. Greer's appearance in court to support her son appears implausible at this time, defense counsel requests one continuance so that Mr. Roland can have a family member in court for his sentencing.

8. The government has no objection to this motion.

**WHEREFORE**, Joshua James Roland requests a continuance of his sentencing hearing date.

Respectfully submitted,

s/ Carson Smith
Carson Smith
NC Bar 50997
Assistant Federal Defender
Federal Defenders of Western North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

s/ Mary Ellen Coleman
Mary Ellen Coleman
NC Bar 45313
Assistant Federal Public Defender
Federal Defenders of Western North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
Phone (828) 232-9992
Fax (828) 232-5575

E-Mail: Mary_Ellen_Coleman@fd.org

*Counsel for Joshua James Roland*

Dated: January 26, 2026